**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Bernard BENJAMIN, Defendant–
Appellant.**

**No. 09–16467**

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 21, 2010.

Thomas H. Dale, Dale Law Firm, P.A., Orlando, FL, for Defendant–Appellant.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Before BARKETT, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Tom Dale, appointed counsel for Bernard Benjamin in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no argua-ble issues of merit, counsel's motion to withdraw is **GRANTED,** and Benjamin's convictions and sentences are **AFFIRMED.**